WALTER KRICH, *ET AL. v.*
LOU AND TOM'S RIVERVIEW TAVERN, INC., *ET AL.*

September 21, 1971. Petition for certification denied.

JOYCE N. DOLSON, *ET AL.* v. CASPAR ANASTASIA.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CALANDRES CHERRY.

September 21, 1971. Petition for certification denied.

ST. PAUL FIRE & MARINE INSURANCE CO. v. NEW JER-
SEY BANK & TRUST CO. v. CHARLES W. ACKERMAN,
INC., *ET AL.*

September 21, 1971. Petition and cross-petition for certi-
fication denied.

PRESBYTERIAN HOMES OF THE SYNOD OF NEW JER-
SEY v. DIVISION OF TAX APPEALS, *ET AL.*

September 21, 1971. Petition for certification denied.